UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
INSURANCE COMPANY OF GREATER NEW YORK,    :
                                                                   :
                                Plaintiff,                         :
                                                                   :        26-CV-2698 (JMF)
                -v-                                                 :
                                                                   :        ORDER
ACCELERANT SPECIALTY INSURANCE                    :
COMPANY,                                                           :
                                                                   :
                                Defendant.                         :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

 Plaintiff Insurance Company of Greater New York ("GNY") brings this declaratory judgment action against Defendant Accelerant Specialty Insurance Company ("Accelerant"), invoking the Court's subject-matter jurisdiction on the ground of diversity of citizenship. *See* ECF No. 1 ("Compl."), ¶¶ 1-13. By Order to Show Cause dated April 6, 2026, the Court ordered GNY to "amend its Complaint," no later than April 16, 2026, "to adequately allege that the amount-in-controversy jurisdictional prerequisite is satisfied." ECF No. 5, at 2. The Court cautioned GNY that if, by that date, it was "unable to amend the Complaint to truthfully and plausibly allege that diversity jurisdiction is proper," then the Court would dismiss the Complaint "for lack of subject-matter jurisdiction without further notice to either party." *Id.* at 2-3. To date, GNY has not filed any amended Complaint.

 Accordingly, and substantially for the reasons set forth in the Court's prior Order to Show Cause, this case is hereby DISMISSED without prejudice for lack of subject-matter jurisdiction. The Clerk of Court is directed to enter judgment consistent with this Order and to close the case.

 SO ORDERED.

Dated: April 20, 2026
  New York, New York      _____
             JESSE M. FURMAN
            United States District Judge