UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                        :

INSURANCE COMPANY OF GREATER NEW YORK,  :

                        :

         Plaintiff,          :

                        :         26-CV-2698 (JMF)

    -v-                  :

                        :          ORDER

ACCELERANT SPECIALTY INSURANCE       :
COMPANY,

                        :

         Defendant.       :

                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On **April 7, 2026**, Defendant was served with the Complaint, and proof of service was filed with the Court. *See* ECF No. 7. To date, Defendant has failed to appear in this action. No later than **May 6, 2026**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendant or if it has any other reason to believe that Defendant has actual notice of this lawsuit.

Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendant **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: April 29, 2026
      New York, New York                         JESSE M. FURMAN
                                       United States District Judge